UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
ARGERINE WILLIAMS                                             Case No.: 10-46766-LMI
                                                              Chapter 13

            Debtor.
_____/

## DEBTOR ATTORNEY'S
## MOTION TO WITHDRAW AND DISCHARGE ATTORNEY AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COMES NOW, Mitchell Nowack, Attorney for the Debtor, ARGERINE WILLIAMS, and files this Motion to Withdraw and Discharge Attorney, and as support thereof states as follows:

1. The Debtor is before this Court by virtue of a bankruptcy petition filed under Chapter 13 on November 30, 2010.
2. The 341 Meeting of Creditors was January 25, 2011.
3. Due to irreconcilable differences that have arisen between the Debtor and Counsel, further representation is not feasible.

**WHEREFORE**, Mitchell Nowack, attorney for the Debtor, ARGERINE WILLIAMS, requests that this Court enter an Order granting the Motion withdrawing his legal representation of the Debtor, and discharging Mitchell Nowack from any further legal representation in this case.

### CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on  October 20, 2015 , upon:

Via CM/ECF:

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

<u>Via US Mail</u>:
Argerine Williams
3298 NW 169 Terrece
Opa Locka, FL 33056

<u>Via Email:</u>
Argerine Williams: awilliam@fmuniv.edu

All parties of record on the court's official matrix attached hereto as Exhibit A

        *Law Offices of*
        **NOWACK & OLSON, PLLC**
        Attorney for Debtor(s)
        8551 Sunrise Blvd., Suite 208
        Plantation, FL 33322
        **(305) 698-2265**

        <u>/s/ Mitchell J. Nowack</u>
        **MITCHELL J. NOWACK, ESQ.**
        Florida Bar Number: 099661